IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY LEE DAVIS,**
ADC #073564                                                                                    PLAINTIFF

v.                          No. 4:25-cv-101-DPM

**LEON JOHNSON**, Circuit Court Judge,
Pulaski County Circuit Court;
**BRET QUALLS**, Public Defender, Pulaski
County;  **SCOTT DUNCAN**, Prosecuting
Attorney, Pulaski County;  **ERRIC
HIGGINS**, Sheriff, Pulaski County;
**ROSALYN SMITH**, Inmate Records
Supervisor, Larry B. Norris Unit, ADC;
**EMMA HAMMER**, Inmate Mental Health
Supervisor, ADC;  and **ALLEN**, Inmate
School Principal, Larry B. Norris Unit, ADC                        DEFENDANTS

### ORDER

The motion for extension, *Doc. 5*, is granted as modified. Objections due by 17 April 2025.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2025