**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY LEE DAVIS                                              PLAINTIFF
ADC #073564


v.                                    No. 4:25-cv-101-DPM


LEON JOHNSON, Circuit Court Judge,
Pulaski County Circuit Court;
BRET QUALLS, Public Defender, Pulaski
County;   SCOTT DUNCAN, Prosecuting
Attorney, Pulaski County;   ERRIC
HIGGINS, Sheriff, Pulaski County;
ROSALYN SMITH, Inmate Records
Supervisor, Larry B Norris Unit, ADC;
EMMA HAMMER, Inmate Mental Health
Supervisor, ADC;   and ALLEN, Inmate
School Principal, Larry B Norris Unit, ADC          DEFENDANTS


## ORDER

The Court appreciates Davis's status report, filed 6 May 2026. The following week, the Circuit Court provided him some of the requested documents and decided his motion to correct his sentence. *State v. Davis*, 60CR-14-171 (Pulaski County) (12 May 2026 Orders). The Arkansas Supreme Court also requested a response to his motion to file a petition for a writ of mandamus without certain certified records. *Davis v. State*, CR-26-219 (Ark. Supreme Court) (7 May 2026 Order). This Court takes judicial notice of the public

records in his cases.   *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005).   The Court lifts the *Younger* stay of this case, and will dismiss it without prejudice, because the state courts are addressing Davis's records requests.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_17  June  2026_

-2-