**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOHNNY LEE DAVIS                                                                  PLAINTIFF
ADC #073564


v.                              No. 4:25-cv-101-DPM


LEON JOHNSON, Circuit Court Judge,
Pulaski County Circuit Court;
BRET QUALLS, Public Defender, Pulaski
County;   SCOTT DUNCAN, Prosecuting
Attorney, Pulaski County;   ERRIC
HIGGINS, Sheriff, Pulaski County;
ROSALYN SMITH, Inmate Records
Supervisor, Larry B Norris Unit, ADC;
EMMA HAMMER, Inmate Mental Health
Supervisor, ADC;   and ALLEN, Inmate
School Principal, Larry B Norris Unit, ADC                          DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge


_____
17 June 2026